## STATE ex BETTMAN v CLOW & SONS CO

Ohio Appeals, 5th Dist, Tuscarawas Co
Decided May 8, 1930

For full opinion see 172 NE 626; 36 Oh Ap 1 (Oh Bar 10-14-30).

### FRANKLIN FINANCE CO v BOWDEN

Ohio Appeals, 5th Dist, Richland Co
Decided Jan. 17, 1930.

For full opinion see 173 NE 14; 36 Oh Ap 156 (Oh Bar 11-11-30).